UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cr-00090-FDW

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| DARRELL MURRAY PRICE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER is before the Court on Defendant's Motion for Compassionate Release. (Doc. No. 34).

The Court hereby ORDERS the Government to respond to Defendant's motion. The Government shall have **sixty (60) days** from the date of this Order to file its response with the Court.

IT IS SO ORDERED.

Signed: April 17, 2020

Frank D. Whitney
Chief United States District Judge

1